**DISMISS; and Opinion Filed April 3, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01403-CV

**LINDA M. GARRARD AND PAUL GARRARD, Appellants**
**V.**
**DEUTSCHE BANK NATIONAL TRUST COMPANY, Appellee**

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 12-03456**

## MEMORANDUM OPINION

Before Justices Bridges, O'Neill, and Brown
Opinion by Justice O'Neill

The clerk's record in this case is overdue. By letter dated January 15, 2014, we informed appellants that we had been notified by the Dallas County District Clerk that the clerk's record in this case had been prepared but had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellants to provide the Court with written verification that they had paid for or made arrangements to pay for the clerk's record or that they had been found entitled to proceed without payment of costs within ten days. We cautioned appellants that if we did not receive the required verification, we might dismiss the appeal without further notice. To date, appellants have not provided the required verification, or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Michael J. O'Neill/
MICHAEL J. O'NEILL
JUSTICE


131403F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LINDA M. GARRARD AND PAUL
GARRARD, Appellants

No. 05-13-01403-CV      V.

DEUTSCHE BANK NATIONAL TRUST
COMPANY, Appellee

On Appeal from the 191st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. 12-03456.
Opinion delivered by Justice O'Neill.
Justices Bridges and Brown participating.

        In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.
        It is **ORDERED** that appellee DEUTSCHE BANK NATIONAL TRUST COMPANY
recover its costs of this appeal from appellants LINDA M. GARRARD AND PAUL
GARRARD.


Judgment entered this 3rd day of April, 2014.


                                        /Michael J. O'Neill
                                        _____
                                        MICHAEL J. O'NEILL
                                        JUSTICE